MILLER-SCHLOTT, INC., Respondent, v. WOODRICH ENGINEERING CO., INC., and Others, Defendants, and PARKCREST HOUSING CORPORATION and TITLE GUARANTEE AND TRUST COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals, Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

CLAYTON PRICE, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION. Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BARON, Appellant, v. RAYMOND F. C. KIEB, as Medical Superintendent of the Matteawan State Hospital for the Criminal Insane, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

ANNA RYAN, as Administratrix, etc., of WILLIAM RYAN, Deceased, Respondent, v. JOSEPH O'CONNOR, SR., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

PEARL ANN SLAGLE, Respondent, v. SAMUEL J. BURDEN, Sheriff of the County of Queens, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See 239 App. Div. 104.]

HARRY STEIN, Respondent, v. DAVID MEYER WELSCH and Another, Defendants; EMANUEL COHEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

EDWARD STOEHRER, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 2.) — Motion to resettle order of November 3, 1933, granted to the extent of resettling the order by striking therefrom the words " with costs," and inserting in lieu thereof the words " with costs to appellant to abide the event." Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See ante, p. 895.]

LAWRENCE S. ABRAMS, Respondent, v. MAX GOLDMAN, Defendant, Impleaded with JOSEPH ZIMMERMAN and ABRAHAM HOCHBERG, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

GILDA ACAMPORA, Appellant, v. ROBERT ACAMPORA, Respondent.— Order relieving defendant of his contempt and discharging him from custody affirmed, without costs. This disposition of the matter must not be regarded by defendant as releasing him from any of his obligations under the judgment and orders in this action. Lazansky, P. J., Kapper and Tompkins, JJ., concur; Young and Carswell, JJ., dissent upon the ground that the order is improvident.